UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMON T. BRIM,<br>          Plaintiff,<br>v.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., EQUIFAX<br>INFORMATION SERVICES, INC., AND<br>TRANS UNION LLC<br>          Defendants. | )<br>)<br>)<br>)<br>)   No. 5:10-CV-00368-CLS<br>)<br>)<br>)<br>) |

### DEFENDANT TRANS UNION LLC'S ORIGINAL ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Trans Union LLC ("Trans Union"), one of the Defendants herein, and files its Original Answer and Defenses to the Complaint ("Complaint") filed by Plaintiff, Jamon T. Brim.  The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible.

### PLAINTIFF'S COMPLAINT

1.      Trans Union admits Plaintiff has asserted claims against Defendants alleging actual and statutory damages, attorney's fees and costs pursuant to the Fair Credit Reporting Act, and Alabama common law.  Trans Union denies it violated the laws cited by Plaintiff and denies the remaining allegations in paragraph 1 of the Complaint.

### JURISDICTION AND VENUE

2.      Trans Union admits the jurisdiction and venue are appropriate in this Court.

1

**Error! Unknown document property name.**

**PARTIES**

3. Trans Union is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4. Trans Union is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 5 of the Complaint and, therefore, denies same.

6. Trans Union admits it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. Trans Union admits it is a foreign corporation authorized to do business within the State of Alabama.

**FACTUAL ALLEGATIONS**

7. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 7 of the Complaint and, therefore, denies same.

8. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

**Error! Unknown document property name.**

9. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 10 of the Complaint and, therefore, denies same.

11. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

12. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

13. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 13 of the Complaint and, therefore, denies same

14. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

**Error! Unknown document property name.**

16. On July 29, 2008, Trans Union admits that Plaintiff contacted Trans Union via internet to a copy of his consumer disclosure. On the same day, Trans Union admits that a consumer disclosure was forwarded to Plaintiff, via email, for his review.

17. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 17 of the Complaint and, therefore, denies same.

18. On August 4, 2008, Trans Union admits it received a letter from Plaintiff disputing Midland Credit Management account # 8525XXXXXX. As to Equifax, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 18 of the Complaint and, therefore, denies same

19. On August 7, 2008, Trans Union admits that it completed its investigation of the dispute and sent Plaintiff the investigation results.

20. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

21. On March 16, 2009, Trans Union admits it received a letter from Plaintiff disputing Midland Credit Management account # 8525XXXXXX.

22. On March 20, 2009, Trans Union admits it completed its investigation of the dispute and sent Plaintiff the investigation results.

23. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 23 of the Complaint and, therefore, denies same.

**Error! Unknown document property name.**

24. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 24 of the Complaint and, therefore, denies same.

25. Trans Union denies the allegations contained in paragraph 25 of the Complaint.

26. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

## COUNT ONE
## FAIR CREDIT REPORTING ACT

27. Trans Union restates and incorporates its responses to paragraphs 1 through 26 above as though fully stated herein.

28. Trans Union denies the allegations contained in paragraph 28 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 28 of the Complaint and, therefore, denies same.

29. Trans Union denies the allegations contained in paragraph 29 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 29 of the Complaint and, therefore, denies same.

30. Trans Union denies the allegations contained in paragraph 30 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

**Error! Unknown document property name.**

31. Trans Union denies the allegations contained in paragraph 31 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

## COUNT TWO
## FAIR CREDIT REPORTING ACT

32. Trans Union restates and incorporates its responses to paragraphs 1 through 31 above as though fully stated herein.

33. Trans Union denies the allegations contained in paragraph 33 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

34. Trans Union denies the allegations contained in paragraph 34 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 34 of the Complaint and, therefore, denies same.

35. Trans Union denies the allegations contained in paragraph 35 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 35 of the Complaint and, therefore, denies same.

36. Trans Union denies the allegations contained in paragraph 36 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 36 of the Complaint and, therefore, denies same.

**Error! Unknown document property name.**

37. Trans Union denies the allegations contained in paragraph 37 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 37 of the Complaint and, therefore, denies same.

## COUNT THREE
## DEFAMATION, LIBEL AND SLANDER

38. Trans Union restates and incorporates its responses to paragraphs 1 through 37 above as though fully stated herein.

39. Trans Union denies the allegations contained in paragraph 39 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 39 of the Complaint and, therefore, denies same.

40. Trans Union denies the allegations contained in paragraph 40 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 40 of the Complaint and, therefore, denies same.

41. Trans Union denies the allegations contained in paragraph 41 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 41 of the Complaint and, therefore, denies same.

42. Trans Union denies the allegations contained in paragraph 42 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 42 of the Complaint and, therefore, denies same.

**Error! Unknown document property name.**

43. Trans Union denies the allegations contained in paragraph 43 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 43 of the Complaint and, therefore, denies same.

44. Trans Union denies the allegations contained in paragraph 44 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 44 of the Complaint and, therefore, denies same.

45. Trans Union denies the allegations contained in paragraph 45 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 45 of the Complaint and, therefore, denies same.

## COUNT FOUR
## NEGLIGENT TRAINING AND SUPERVISION

46. Trans Union restates and incorporates its responses to paragraphs 1 through 45 above as though fully stated herein.

47. Trans Union denies the allegations contained in paragraph 47 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 47 of the Complaint and, therefore, denies same.

48. Trans Union denies the allegations contained in paragraph 48 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 48 of the Complaint and, therefore, denies same.

**Error! Unknown document property name.**

49. Trans Union denies the allegations contained in paragraph 49 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 49 of the Complaint and, therefore, denies same.

50. Trans Union denies the allegations contained in paragraph 50 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 50 of the Complaint and, therefore, denies same.

## AMOUNT OF DAMAGES DEMANDED

Trans Union denies that Plaintiff suffered damage as a result of Trans Union's credit reporting practices including items outlines in subparts (A) through (F).

## DEFENSES

63. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

64. Trans Union alleges that any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

65. Trans Union, in compliance with the Fair Credit Reporting Act, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

9

**Error! Unknown document property name.**

66. Trans Union at all times acted in compliance with the Fair Credit Reporting Act.

67. Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

68. Plaintiff's common law and/or state law claims are barred/preempted by the qualified immunity/privilege granted by the Fair Credit Reporting Act and state law.

69. Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

70. Any statement made by Trans Union regarding Plaintiff was true or substantially true.

71. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process and Double Jeopardy Clauses of the Fifth Amendment, the Excessive Fines Clause of the Eighth Amendment, and the laws of the State of Alabama.

72. To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

73. In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

74. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superceding cause.

75. Plaintiff assumed the risk for any alleged damages he/she suffered.

76. Plaintiff's claims are barred by waiver, laches, and estoppel.

**Error! Unknown document property name.**

77. Plaintiff's claims for punitive damages are subject to the limitation and protections contained in Alabama Code §6-11-20; 6-11-21.

Respectfully submitted,

/s/ Timothy M. Davis
**KARY BRYANT WOLFE** (WOL016)
kwolfe@walstonwells.com
**TIMOTHY M. DAVIS** (DAV162)
tdavis@walstonwells.com
**WALSTON, WELLS & BIRCHALL, LLP**
1819 Fifth Avenue North, Suite 1100 (35203)
P.O. Box 830642
Birmingham, AL  35283-0642
Telephone: (205) 244-5200
Facsimile: (205) 244-5400
**COUNSEL FOR TRANS UNION LLC**

**Error! Unknown document property name.**

## **CERTIFICATE OF SERVICE**

This is to certify that on the 15th of March, 2010, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Penny Hays Cauley
phc917@hayscauley.com
Hays Cauley P.C.
P.O. Box 509
Darlington. SC  29540
(843) 393-5200
(843) 393-5202 (Fax
 and
Ronald C. Sykstus
rsykstus@bondnbotes.com
Bond Botes Sykstus and Larsen P.C.
415 Church Street, Suite 100
Huntsville, AL  35801
(256) 539-9899
(256) 539-9895 Fax
***Counsel for Plaintiff***


and I hereby certify I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None

/s/ Timothy M. Davis
**OF COUNSEL**

**Error! Unknown document property name.**