FILED
2010 Jul-08 PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMON T. BRIM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NUMBER:** |
| | ) **10-CV-S-0368-CLS** |
| **EXPERIAN INFORMATION** | ) |
| **SOLUTIONS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF FILING OF "ATTORNEY TIME RECORDS" FILED UNDER SEAL

Comes now the attorney for the Plaintiff and submits this Notice of Filing of "Attorney Time Records" filed under seal.

1. On this date, "Attorney Time Records" were filed with the clerk of the Court and marked "File Under Seal";

2. The total number of hours represented by the sealed filing from the beginning of this matter through June 30, 2010, are 68.26 hours. Total attorney hours are 59.42 and non-attorney hours are 8.84 respectively.

/s/ Penny Hays Cauley
Penny Hays Cauley, ASB-6309-A63P
Attorney for Plaintiff

**OF COUNSEL:**
**HAYS CAULEY, P.C.**
549 West Evans Street, Suite E
Florence, SC 29501

(843) 665-1717 Telephone
(843) 665-1718 Facsimile
phc917@hayscauley.com

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL 35801
(256) 539-9899
(256) 539-9895 Facsimile
rsykstus@bondnbotes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Jackson Young, Jr., Esq.
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

Rebecca B. Crawford, Esq.
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053

K. Ann Broussard, Esq.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309

Victoria J. Franklin-Sisson, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERRE &
DENEGRE, L.L.P.
505 Twentieth Street North, Ste 600
Birmingham, Alabama 35203

Matthew W. Robinett, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, Alabama 35203

The following non CM/ECF participants were served a copy of the foregoing via U.S. Mail, first-class postage prepaid:

Marc F. Kirkland, Esq.
STRASBURGER & PRICE, LLP
2801 Network Boulevard, Suite 600
Frisco, Texas 75034

/s/ Penny Hays Cauley
Of Counsel